IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER GORDON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 14-3056 |
| LA SALLE UNIVERSITY | : | |

## **ORDER**

AND NOW, this 13th day of March, 2015, for the reasons stated in the accompanying memorandum of law, "La Salle University's Motion for Summary Judgment" (doc. no. 21) is denied.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
Joseph F. Leeson, Jr., J.