

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

APR 27 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AMBER GORDON

                             :              CIVIL ACTION

                             :

           v.                     :

                             :

LASALLE UNIVERSITY         :             NO. 14-3056

## CIVIL JUDGMENT

Before the Honorable Joseph F. Leeson, Jr.

        AND NOW, this 24th day of April, 2015, in accordance with the verdict of the

jury by interogatories,

        IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of

defendants, **LASALLE UNIVERSITY** and against plaintiffs, **AMBER GORDON**, on all

claims.

BY THE COURT

ATTEST:

Justin Wood
Deputy Clerk

Civ 1 (8/80)
civjud.frm