IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER GORDON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LASALLE UNIVERSITY | : | NO. 14-cv-3056 |

## JUDGMENT

**AND NOW**, this 30th day of June, 2015, judgment is hereby entered in favor of Lasalle University, and against Amber Gordon, in the amount of $9,359.52.

_____
MICHAEL E. KUNZ
CLERK OF COURT